David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Mourad Kanounian*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Mourad Kanounian,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, HYUNDAI CAPITAL AMERICA, SETERUS, INC., EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:15-cv-01886-GMN-NJK<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN INFORMATION SOLUTIONS, INC. ONLY</u>** |

   Plaintiff Mourad Kanounian hereby moves that the above-entitled action shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2)

…

…

…

…

…

as to, and **ONLY as to, Experian Information Solutions, Inc.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: June 8, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bob L. Olson, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant Experian Information Solutions, Inc.*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  16  day of June, 2016.